UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TENTATIVE CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4119 CAS (VBK) | Date | September 2, 2011 |
|---|---|---|---|
| Title | FRANCISCO CORNEJO ET AL. v. JPMORGAN CHASE BANK ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| RITA SANCHEZ | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:** (In Chambers:) ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE DEFENDANT QUALITY LOAN SERVICE CORPORATION (filed 9/2/2011)

## I.    INTRODUCTION

On April 11, 2011, plaintiffs Francisco Cornejo and Dilcia Cornejo (collectively the "Cornejos") filed a complaint in the Los Angeles County Superior Court against JPMorgan Chase Bank ("JPMorgan Chase"; erroneously sued as "JP Morgan Chase Bank"), successor-in-interest to Washington Mutual Bank ("WAMU"); MTC Financial, Inc. dba Trustee Corps ("MTC"); Federal Home Loan Mortgage Corporation ("Freddie Mac"); Quality Loan Service Corporation ("Quality Loan"); and Does 1–50. Freddie Mac timely removed to this Court on May 13, 2011.

It does not appear that Quality Loan has been served with process or that it has appeared in this action. Moreover, it does not appear that the Cornejos have named Quality Loan in any substantive actions of wrongdoing. Accordingly, the Cornejos are directed to show cause no later than **September 22, 2011**, why Quality Loan should not be dismissed from this action.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | IM | |